**No. 68871.**—A. N. Deringer, Inc. *v.* United States, protests 62/9215, etc. (Ogdensburg).

305

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of granular or sponge iron similar in all material respects to that the subject of *John V. Carr & Son, Inc.* v. *United States* (50 Cust. Ct. 29, C.D. 2384), the claim of the plaintiff was sustained.